LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff
Robert Dodson

JOHN JULIUS, SBN 112640
LITTLER MENDELSON
501 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 232-0441
Fax: (619) 232-4302

Attorney for Defendant
Ross Dress For Less, Inc. dba DD's Discounts

MICHAEL WELCH, SBN 111022
GORDON & REES, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Fax: (916) 920-4402

Attorney for Defendant
Valley Mack Plaza Company Limited Partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | Case No. CIV. S-06-02210-FCD-KJM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| ROSS DRESS FOR LESS, INC. dba DD'S DISCOUNTS; VALLEY MACK PLAZA COMPANY LIMITED PARTNERSHIP, | |
| Defendants. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, ROBERT DODSON, and defendants, ROSS DRESS FOR LESS, INC. dba DD'S DISCOUNTS and VALLEY MACK PLAZA COMPANY LIMITED PARTNERSHIP, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: March 26, 2007

DISABLED ADVOCACY GROUP, APLC

/s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: March 22, 2007

LITTLER MENDELSON

/s/ John Julius
JOHN JULIUS
Attorney for Defendant Ross Dress For Less, Inc. dba DD's Discounts

Dated: March 22, 2007

GORDON & REES, LLP

/s/ Michael Welch
MICHAEL WELCH
Attorney for Defendant Valley Mack Plaza Company Limited Partnership

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-02210-FCD-KJM, is hereby dismissed with prejudice.

Dated: April 4, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

